```
FILED BY_____D.C.
   MAR 23 2020
   ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
   S. D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  20-mj-02478-Louis

UNITED STATES OF AMERICA

v.                                           FILED UNDER SEAL

RENE PEDROSA,

      Defendant.
_____/

## CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Magistrate Judge Alicia Valle)?
   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Magistrate Judge Shaniek Maynard)?
   _____ Yes   __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____ for
Vanessa Singh Johannes
Assistant United States Attorney
Court ID No. A5501644
99 N.E. 4th Street, 5th Floor
Miami, Florida 33132-2111
Tel: (305) 961-9023
Fax: (305) 536-4699
Vanessa.S.Johannes@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint       original

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>RENE PEDROSA<br><br>*Defendant(s)* | Case No. 20-mj-02478-Louis |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___11/3/2019 - 1/28/2020___ in the county of ___MIAMI-DADE___ in the ___SOUTHERN___ District of ___FLORIDA___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a);<br>Title 18, United States Code, Section 2252(a)(2); and<br>Title 18, United States Code, Section 2422(b). | Production of child pornography;<br>Receipt of child pornography; and<br>Coercion and Enticement of a minor to engage in sexual activity. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT DANIEL ALFIN.

☑ Continued on the attached sheet.

*Complainant's signature*

DANIEL ALFIN, FBI SPECIAL AGENT
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by WhatsApp video
Sworn to before me and signed in my presence.

Date: ___03/25/2020  March 23, 2020___

*Judge's signature*

City and state: ___MIAMI, FLORIDA___     MAGISTRATE JUDGE LAUREN F. LOUIS
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel I. Alfin, a Special Agent (SA) with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the FBI since April 2009. I am currently assigned to the FBI Miami Child Exploitation and Human Trafficking Taskforce. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children.

2. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography. I am a member of the FBI Adjunct Faculty Program and certified to provide instruction to other FBI Agents and law enforcement officers in certain areas relating to child exploitation investigations. I am proficient in the area of computer forensics and trained to perform computer forensics for the FBI. I have been recognized as an expert in federal court in areas relating to computer forensics and the investigation of child exploitation crimes. I have testified in

federal court on more than 20 occasions, both as an expert and a lay witness, in more than 10 federal judicial districts.

3. This Affidavit is submitted in support of a criminal complaint charging Rene Pedrosa ("PEDROSA") with production of child pornography, in violation of Title 18, United States Code, Section 2251(a), receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and coercion and enticement of a minor, in violation of Title 18, United States Code, Section 2422(b).

4. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This Affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of the criminal complaint against PEDROSA for the aforementioned criminal violation.

## PROBABLE CAUSE

5. This matter was referred to the FBI by the City of Miami Police Department ("CMPD"), Special Victims Unit ("SVU"), on or about February 19, 2020. SVU personnel provided your Affiant with background information concerning the CMPD investigation of Rene PEDROSA ("PEDROSA"). According to evidence and witness statements obtained by CMPD, PEDROSA enticed a minor to engage in sexual activity and produce child pornography, via the Internet, social media applications ("apps"), and/or text-messaging, in violation of Title 18, United States Code, Sections 2422(b) and 2251(a) (respectively).

- The Criminal Conduct

    6. On or about January 19, 2020, the mother of then sixteen (16) year old (hereinafter,

2

"Minor Victim" or "MV") filed a report with CMPD. MV's mother advised SVU personnel that on or about November 3, 2019, PEDROSA had contacted MV via Instagram referencing a possible website design job for the Mayor of the City of Miami. At the time, PEDROSA was employed as an aide to the City of Miami Mayor. PEDROSA was forty-eight (48) years old. MV's mother drove MV to a meeting with PEDROSA on November 18, 2019, scheduled at a café in Coconut Grove, FL. There, MV and PEDROSA discussed the website design job. MV's mother was not present during the meeting. A follow-up meeting between MV and PEDROSA was scheduled for November 25, 2019.

7. On November 25, 2019, MV's mother drove MV to the follow-up meeting with PEDROSA, which took place at the City of Miami City Hall. MV's mother left MV at City Hall and was not present during the meeting. On or about January 18, 2020, MV disclosed to MV's mother that, at the November 25, 2019 meeting, PEDROSA touched MV's penis over MV's clothing multiple times, grabbed MV's buttocks, kissed MV, and placed MV's hand over PEDROSA's clothed erect penis. During the encounter, per the disclosure made by MV to MV's mother, MV tried to pull away from PEDROSA several times before leaving City Hall.

8. MV further disclosed to MV's mother that, after the November 25, 2019 meeting, PEDROSA sent messages to MV, via the WhatsApp text messaging service and app, requesting pictures of MV's penis. MV advised that, in response to PEDROSA's request, he took a picture of his penis and sent it to PEDROSA.

- Search of PEDROSA's Residence & Preview of PEDROSA's Cellular Device

9. On or about January 28, 2020, a State of Florida search warrant was obtained and executed by CMPD personnel for PEDROSA's residence. A cellular telephone belonging to PEDROSA, among other items, was seized and searched pursuant to the warrant. The cellular

3

telephone number is (XXX) XXX-9590. A preview of the data contained on PEDROSA's cellular telephone revealed that on or about December 22, 2019, PEDROSA received pictures of an erect penis consistent with the images that MV advised he had sent to PEDROSA at PEDROSA's request. CMPD personnel responded to MV's residence and photographed MV's residence. CMPD personnel confirmed that the background in the aforementioned images matched MV's residence.

10. The preview of data from PEDROSA's cellular telephone also revealed that, on November 16, 2019, PEDROSA sent text messages to MV stating, in part, the following: "I'm dying to sleep with you," "Erase this," and "You and I would have hoy [sic] foreplay." Additionally, on January 5, 2020, PEDROSA sent a text message to MV confirming that PEDROSA knew MV was under the age of 18.

11. The preview of data from PEDROSA's cellular telephone further revealed that some communications between PEDROSA and MV that were recovered by and visible to law enforcement through cellular telephone analysis software had been "deleted" by the user of the device, that is, PEDROSA. For example, the November 16, 2019 text message sent to MV by PEDROSA that stated, "I'm dying to sleep with you," was deleted by the user, but recovered via cellular telephone analysis software.

- Additional Follow-up with the Minor Victim

12. On March 3, 2020, your Affiant interviewed MV. Your Affiant showed MV seven (7) photographs that had been recovered from PEDROSA's cellular telephone (which were previously referenced above). MV recognized the images, confirmed that he was the individual depicted in the images, and stated that he took the images and sent them to PEDROSA at PEDROSA's request. Several of the images were focused on MV's erect penis.

4

- State Arrest of PEDROSA

13. On February 7, 2020, PEDROSA was arrested by the State. He is currently charged with several State child exploitation violations, and is out on bond.

## CONCLUSION

12. Based upon the information provided above, I respectfully submit that probable cause exists to support arresting Rene PEDROSA and charging him with the following federal violations: production of child pornography, in violation of Title 18, United States Code, Section 2251(a), receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2), and coercion and enticement of a minor, in violation of Title 18, United States Code, Section 2422(b).

FURTHER SAYETH YOUR AFFIANT NAUGHT.

Daniel I. Alfin, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by WhatsApp video
Subscribed and sworn to, before me,
on this  23 day of March 25, 2020:

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

5